UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-01372-JLS-RAO                                          Date: March 08, 2024
Title:  Estate of Jackeline Chavez v. Flixbus, Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On February 28, 2024, the Court ordered Defendant to show cause why this case should not be remanded to state court due to lack of subject-matter jurisdiction.  (Order to Show Cause ("OSC"), Doc. 9.)  The order specified that a written response was due no later than March 4, 2024, and that failure timely to respond would result in the immediate remand of the action.  Defendants failed to respond.

As the Court specified in its OSC, neither the complaint nor the notice of removal show that the amount in controversy exceeds $75,000 and, therefore, the Court lacks diversity jurisdiction.  (OSC at 1–2.)  The action, 23STCV20361, is REMANDED to the Los Angeles County Superior Court.

                                                                                     Initials of Deputy Clerk: cr